UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 25-11886-JLS(E) | Date | December 18, 2025 |
| Title | AARON RAY v. LOS ANGELES COUNTY DPSS, ET AL. | | |

Present: The Honorable   Charles F. Eick, United States Magistrate Judge

| Valencia Munroe | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

**Attorneys Present for Plaintiffs:**          **Attorneys Present for Defendants:**
None                                                                 None

**Proceedings:**          **(IN CHAMBERS)**

Plaintiff may file a proper complaint within twenty-eight (28) days of the date of this order. Failure timely to do so may result in the dismissal of the action for failure to prosecute.

cc:   Judge Staton
      Plaintiff

Initials of Deputy Clerk   VMUN

CV-90 (06/04)                    Civil Minutes – General                    Page **1** of **1**