JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON RAY,<br><br>          Plaintiff,<br><br>     v.<br><br>LOS ANGELES COUNTY DPSS, ET AL.,<br><br>          Defendants. | No. CV 25-11886-JLS(E)<br><br>JUDGMENT |

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated:  February 27, 2026

_____
       JOSEPHINE L. STATON
       UNITED STATES DISTRICT JUDGE